UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:07-cr-0015-01 (L/F) |
| ) | |
| CHARLEY WALKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Charley Walker's probation be modified, the Court, pursuant to Title 28 U.S.C. §636(b)(1)(C), Rule 72B of the *Federal Rules of Criminal Procedure*, now approves the Report and Recommendation as follows:

Mr. Brown's probation is modified as follows:

1. The defendant's probation is modified to require a period of home detention, with electronic monitoring for 6 months.

2. If the defendant tests positive for any illegal drug use during that six month period, he will be transported to a community corrections center, namely, the Volunteers of America, in Indianapolis, Indiana, for a period of 180 days and shall observe the rules of that facility.

3. Upon completion of any confinement, the defendant will not be subject to any further probation.

IT IS SO ORDERED this 7th day of April, 2010.

William T. Lawrence, Judge
United States District Court

Distribution:

Gayle Helart,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Michael Donahoe,
Epstein Cohen Donahoe & Mendes
Meridian Centre
50 S. Meridian Street, #505
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal